IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | NO. 09-CR-512-2 |
| | : | |
| **HAZIZ SELF** | : | |

# ORDER

**AND NOW,** this 28th day of July, 2010, upon consideration of Defendant's "Request to Interview Alternate Juror Pursuant to Local Rule 24.1(c)" *(Doc. No. 142)* and all related submissions, it is hereby **ORDERED** that Defendant's Request is **DENIED.**

                                                 **IT IS SO ORDERED.**

                                                 */s/ Paul S. Diamond*

                                                 _____

                                                 **Paul S. Diamond, J.**